## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 3rd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Jeffrey P. Wasserman
Ciconte, Roseman & Wasserman
1300 King St.
P.O. Box 1126
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)

607105v1